NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COOLTVNETWORK.COM, INC.,**
*Plaintiff-Appellant*

**v.**

**BLACKBOARD, INC., META PLATFORMS, INC., FKA FACEBOOK, INC., INTERNATIONAL BUSINESS MACHINES CORPORATION, KALTURA, INC., EDGIO, INC., MICROSOFT CORPORATION, OOYALA, INC., SNAP INC., TRAPELO CORP.,**
*Defendants-Appellees*

---

2021-2191, 2021-2192, 2021-2193, 2021-2195, 2021-2196, 2021-2197, 2021-2198, 2021-2199, 2021-2200

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:19-cv-00291-LPS-JLH, 1:19-cv-00292-LPS-JLH, 1:19-cv-00293-LPS-JLH, 1:19-cv-00294-LPS-JLH, 1:19-cv-00295-LPS-JLH, 1:19-cv-00296-LPS-JLH, 1:19-cv-00297-LPS-JLH, 1:19-cv-00534-LPS-JLH, 1:19-cv-00535-LPS-JLH, Judge Leonard P. Stark.

---

**JUDGMENT**

---

MEREDITH MARTIN ADDY, AddyHart P.C., Atlanta, GA, argued for plaintiff-appellant. Also represented by CHARLES A. PANNELL, III; BENJAMIN CAPPEL, Chicago, IL.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for all defendants-appellees.

MICHAEL S. NADEL, McDermott, Will & Emery LLP, Washington, DC, for defendant-appellee Blackboard, Inc. Also represented by CHARLES M. MCMAHON, Chicago, IL.

PHILLIP EDWARD MORTON, Washington, DC, for defendant-appellee Meta Platforms, Inc.

BRYAN SCOTT HALES, Kirkland & Ellis LLP, Chicago, IL, for defendant-appellee International Business Machines Corporation.

SETH W. LLOYD, Morrison & Foerster LLP, Washington, DC, for defendant-appellee Kaltura, Inc. Also represented by JENNIFER JEANNE SCHMIDT, San Francisco, CA.

ASIM BHANSALI, Kwun Bhansali Lazarus LLP, for defendant-appellee Edgio, Inc. Also represented by KATE ELLIS LAZARUS, SCOTT WILLIAM TAYLOR.

JOHN D. VANDENBERG, Klarquist Sparkman, LLP, Portland, OR, for defendant-appellee Microsoft Corporation. Also represented by JOSEPH THOMAS JAKUBEK.

RICHARD GREGORY FRENKEL, Latham & Watkins LLP, Menlo Park, CA, for defendant-appellee Ooyala, Inc.

REUBEN H. CHEN, Cooley LLP, Palo Alto, CA, for defendant-appellee Snap Inc. Also represented by LAUREN KRICKL, BENJAMIN S. LIN.

RICARDO BONILLA, Fish & Richardson PC, Dallas, TX,

for defendant-appellee Trapelo Corp.  Also represented by
NEIL J. MCNABNAY, LANCE E. WYATT, JR.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and CHEN, *Circuit
Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 7, 2022          /s/ Peter R. Marksteiner
  Date               Peter R. Marksteiner
                     Clerk of Court